In the United States District Court

For the District of Rhode Island
(Form mailed ____________, 2006 )

Guy williams
________________________________
________________________________
________________________________

/Enter above the full mane of the plaintiff or plaintiffs in this action. /

CA 06 126

v.-

Civil Action No. __________

Ashbel t. wall, et.al.,
________________________________
________________________________
________________________________

/Enter above the full name of the defendant or defendants in this action/

1.- Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes /_7 No /X7

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of ~~paper, using the same outline.)~~

1. Parties to this previous lawsuit

Plaintiffs: ________________________________

Defendants: ________________________________
________________________________
________________________________

2. Court /if federal court, name the district; if state court, name the county/: District of R.I..

3. Docket number: ______

4. Name judge to whom case was assigned: ______

5.- Disposition /for example: Was the case dismissed? Was it appealed? Is it still pending?/: ______

6. Approximate date of filing law suit: ______

7. Approximate date of disposition: ______

II. Place of Present Confinement: A.C.I. Medium Security Prison

A. Did you present the facts relating to your complaint to The Warden or any of the prison officials?
Yes /✓/ No /_/

B. If your answer is YES:

1. What steps dis you take? Filed Grievance form #1 and #2 Relative to taking urinalysis without probable cause based on a unreliable and unconfirmed E.M.I.T. test.

2. What was the result? Grievances Denied.

C. If your answer is NO, explain why not: ______

III. Parties

/In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any./

A. Name of plaintiff Guy williams

/ In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants./

B. Defendant Ashbel t. wall, II is employed as Director of The Department of Corrections at the Adult Correctional institutions in Cranston, R.I.

C. Additional Defendants: Ann J. Fortin - Chief of program and Development administration at the A.C.I. And, John and Jane Doe's are Correctional officers and Lt. Correctional officers at the medium Security Prison #1 in Cranston, R.I.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Discribe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. /Use as much space as you need. Attach extra sheet if necessary./

— SEE attached Complaint —

V. Relief

State briefly exactly what you want the court to do for you.

Make no legal arguments. Cite no cases or statutes.

— SEE attached complaint —

VI. NOTE: Should you fail to execute and return this form within ten days from the date of mailing as recorded on pace 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this 3RD day of JANUARY, 2006

x Guy Williams
/Signature of plaintiff or plaintiffs/

VERIFICATION

State of Rhode Island )
)
County of PROVIDENCE )

x Guy Williams, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the contents of the above complaint; that it is true of his own knowledge, exceptas to those matters that are stated in it on his information and belief; and as to those matters, he believes them to be true.

Guy Williams
/Signature of plaintiff

Subscribed and sworn to before me this 3RD day of January, 2006.

x [signature]
/Notary Public or other person authorized by law to administer an oath/