RHODE ISLAND DEPARTMENT OF CORRECTIONS
INSTITUTIONS AND OPERATIONS

INTER-OFFICE MEMORANDUM

TO: All DOC Staff and Inmates

FROM: Jake Gadsden, Assistant Director
Institutions and Operations

DATE: November 28, 2005

SUBJECT: CODE OF INMATE DISCIPLINE/INMATE URINE TESTING

---

Effective immediately, when a urine specimen is tested positive and confirmed by RIDOC for the presence of drugs or alcohol the following protocol will be followed:

1. The inmate will be verbally informed by the Superior Officer of the positive test results; He/she will be placed on locked and fed in status (LFI). The inmate will be asked if he/she want to request an additional confirmation screening done by an outside laboratory utilizing the GC/MS (gaschromotography/masspectro metrex) method.

2. If the inmate declines the additional confirmation screening, RIDOC test results will be final and the inmate will be placed on LFI status and scheduled for a disciplinary hearing.

3. An inmate requesting an outside confirmation test will be provided with the attached request form (Request for Confirmation) to sign and date. The form will also be signed by the Superior Officer as a witness.

4. The disciplinary hearing process will be postponed and the inmate will remain on LFI status pending the outside laboratory confirmation test results.

5. The "Request for Confirmation" form will be in quadruple, carbonless copy form. The Superior Officer will provide the inmate with one copy of the Request for Confirmation form and forward the remaining copies to the warden/designee.

Exhibit (C)

RHODE ISLAND DEPARTMENT OF CORRECTIONS
INSTITUTIONS AND OPERATIONS

INTER-OFFICE MEMORANDUM

TO: All DOC Staff and Inmates

FROM: Jake Gadsden, Assistant Director
Institutions and Operations

DATE: November 28, 2005

SUBJECT: CODE OF INMATE DISCIPLINE/INMATE URINE TESTING

---

Effective immediately, when a urine specimen is tested positive and confirmed by RIDOC for the presence of drugs or alcohol the following protocol will be followed:

1. The inmate will be verbally informed by the Superior Officer of the positive test results; He/she will be placed on locked and fed in status (LFI). The inmate will be asked if he/she want to request an additional confirmation screening done by an outside laboratory utilizing the GC/MS (gaschromotography/masspectro metrex) method.

2. If the inmate declines the additional confirmation screening, RIDOC test results will be final and the inmate will be placed on LFI status and scheduled for a disciplinary hearing.

3. An inmate requesting an outside confirmation test will be provided with the attached request form (Request for Confirmation) to sign and date. The form will also be signed by the Superior Officer as a witness.

4. The disciplinary hearing process will be postponed and the inmate will remain on LFI status pending the outside laboratory confirmation test results.

5. The "Request for Confirmation" form will be in quadruple, carbonless copy form. The Superior Officer will provide the inmate with one copy of the Request for Confirmation form and forward the remaining copies to the warden/designee.

6. The warden/designee will forward one copy of the "Request for Confirmation" form to RIDOC Urine Coordinator authorizing the specimen for testing by an outside laboratory.

7. If the outside confirmation screening affirms RIDOC's positive test results, the inmate will be responsible for reimbursement, regarding the cost of the GC/MS screening (approx. $120.00) and the disciplinary process will continue forward. No inmate will be refused the option to request the outside confirmation screening based upon his/her inability to pay. If the inmate's available (active) balance is not sufficient to meet the outside confirmation screening cost, the cost will be debited against the inmate's account, and 50 percent of all subsequent deposits to the inmate's account will be used to reduce the debt until the debt is completely eliminated.

8. At the conclusion of the disciplinary and review process, specifically, if the review is denied, the warden/designee shall sign and send a copy of the Request for Confirmation form to Inmate Accounts to authorize the withdrawal of funds for the GC/MS testing.

9. If the outside confirmation results are negative, the inmate will not be responsible for reimbursement payment for the test and, the disciplinary report will be dismissed.

10. The reimbursement payment for the cost of GC/MS screening is not to be considered as a disciplinary sanction for positive test results.

11. For GC/MS confirmatory testing to be performed, approximately 100 ml or a half-cup of specimen is required. The lab will make the final determination regarding the quantity of the specimen. (i.e. is the specimen of sufficient amount to be tested?)

12. The results of RIDOC test will be final for all specimens which lack the designated amount of urine necessary for GC/MS testing.

JG:crc