Exhibit (E)

[redacted] 25 ,2006

TO:MS./MRS.PATRICIA A.COYNE-FAGUE
VIA:DIRECTOR ASHBEL T.WALL,II
40 HOWARD AVENUE.
CRANSTON.RHODE ISLAND.02920.

RE:IN RESPONSE TO YOUR COMMUNICATION TO MYSELF DATED 1/19/06
IN RESPONSE TO MY COMPLAINT TO YOURSELF................

DEAR MS./MRS.COYNE - FAGUE:

IN RESPONSE TO YOUR LETTER TO MYSELF AS MENTIONED ABOVE DATED 1/19/06.IN WHICH,AS A MEMBER OF THE RHODE ISLAND BAR YOU SHOULD KNOW FULL WELL THAT THE DECISIONS IN RE:CASES L'HEUREUX V.DEPARTMENT OF CORRECTIONS,708 A.2d 549 (RI.1998) AND DOCTOR V.WALL,143 F.SUPP.2D 203 D.RI.2001),HAVE NOT OVERTURNED MORRIS V.TRAVISONO,499 F.SUPP.149 (1980)CONSENT JUDGMENT THAT ESTABLISHES RULES AND REGULATIONS THAT GOVERN DISCIPLINARY,CLASSIFICATION AND MAIL PROCEDURES AT THE ADULT CORRECTIONAL INSTITUTIONS.,AND AMONG OTHER THINGS ENUMERATED THEREIN.NOR HAS ANY U.S.SUPREME COURT CASE OVERTURNED THE CASE MENTIONED HEREIN EITHER.

MS./MRS.COYNE-FAGUE,

IT IS MY POSITION THAT THE DIRECTOR OF CORRECTIONS HAS THE AUTHORITY TO PROMULGATE RULES PERTAINING TO DISCIPLINE.HOWEVER.,IT CAN ONLY BE PROMULGATED IN THE SENSE THAT AS HIS ATTORNEY YOU MUST FIRST NOT ATTEMPT TO SQUIRM LOOSE FROM THESE RULES BUT FILE A MOTION TO VACATE AND/OR MODIFY THESE RULES VIA THE UNITED STATES DISTRICT COURT PURSUANT TO RULE 60 (B) OF THE FEDERAL RULES OF CIVIL PROCEDURES.AS WELL AS IT IS NOT NECESSARY TO WASTE THE COURTS TIME BY FILING LITIGATION IN THIS MATTER THAT COULD BE DEALT WITH IN-HOUSE.IN SAYING,THAT, IN A LAYMAN OPINION YOU SHOULD NOT VIOLATE THE RULES OF PROFESSS-IONAL CONDUCT FOR ATTORNIES BY YOUR WILLINGNESS TO DELIBERATELY LIE TO ME BY STATING THE MORRIS RULES NO LONGER APPLY TO INMATE AND/OR INMATES WHEN FACING DISCIPLINARY ACTION.NOR FOR DUE PROCE-SS OF LAW.

IT IS IMPORTANT THAT I POINT OUT,TO YOURSELF,THAT,IN ALL ACTUALITY MORRIS V.TRAVISONO,499 F.SUPP.149 (1980) CONSENT JUDGMENT IS WOLFF V.MCDONNELL,418 U.S.539,94 S.CT.2963(1974) APPLIES TO PRISONERS' AT THE ACI AND TO DISCIPLINARY ACTIONS ECT.,THEN TO,BEFORE YOU INTENTIONALLY MISINTERPRET THE LAW TO DECEIVE MYSELF TO BELEIVE WHAT YOU ALLEGE IN YOUR LETTER TO MYSELF DATED 1/19/06 YOU SHOULD BE ADVISED THAT THE SUPREME COURT RULES OF PROFESSIONAL CONDUCT APPLIES TO YOU.AND,IF I MUST COMPLAIN ANY FURTHER I WILL FILE A COMPLAINT TO MR.DAVID CURTIN IN CHARGE OF DISCIPLINARY BOARD FOR YOUR CONDUCT.AS WELL AS TO THE RHODE ISLAND BAR ASSOCIATION RELATIVE TO YOUR UNETHIC-AL CONDUCT.THEREFORE,BEFORE CLOSING THIS LETTER IT WOULD BE VERY APPROPRIATE TO HAVE DIRECTOR WALL AT LEAST CONDUCT AN INVES-TIGATION OF THIS MATTER OF MYSELF BEING PLACED IN SEGREGATION FOR 180 DAYS AND THE LOSS OF GOOD TIME MORE THAN THE LAW ALLOWS ONE TO LOSE CONSISTENT WITH MORRIS V.TRAVISONO,SUPRA.,AND 42-56 -24 OFTHE R. [illegible]

Exhibit (E)

[redacted] 25 ,2006

TO:MS./MRS.PATRICIA A.COYNE-FAGUE
VIA:DIRECTOR ASHBEL T.WALL,II
40 HOWARD AVENUE.
CRANSTON.RHODE ISLAND.02920.

RE:IN RESPONSE TO YOUR COMMUNICATION TO MYSELF DATED 1/19/06
IN RESPONSE TO MY COMPLAINT TO YOURSELF.................

DEAR MS./MRS.COYNE - FAGUE:

IN RESPONSE TO YOUR LETTER TO MYSELF AS MENTIONED ABOVE DATED 1/19/06.IN WHICH,AS A MEMBER OF THE RHODE ISLAND BAR YOU SHOULD KNOW FULL WELL THAT THE DECISIONS IN RE:CASES L'HEUREUX V.DEPARTMENT OF CORRECTIONS,708 A.2d 549 (RI.1998) AND DOCTOR V.WALL,143 F.SUPP.2D 203 D.RI.2001),HAVE NOT OVERTURNED MORRIS V.TRAVISONO,499 F.SUPP.149 (1980)CONSENT JUDGMENT THAT ESTABLISHES RULES AND REGULATIONS THAT GOVERN DISCIPLINARY,CLASSIFICATION AND MAIL PROCEDURES AT THE ADULT CORRECTIONAL INSTITUTIONS.,AND AMONG OTHER THINGS ENUMERATED THEREIN.NOR HAS ANY U.S.SUPREME COURT CASE OVERTURNED THE CASE MENTIONED HEREIN EITHER.

MS./MRS.COYNE-FAGUE,

IT IS MY POSITION THAT THE DIRECTOR OF CORRECTIONS HAS THE AUTHORITY TO PROMULGATE RULES PERTAINING TO DISCIPLINE.HOWEVER.,IT CAN ONLY BE PROMULGATED IN THE SENSE THAT AS HIS ATTORNEY YOU MUST FIRST NOT ATTEMPT TO SQUIRM LOOSE FROM THESE RULES BUT FILE A MOTION TO VACATE AND/OR MODIFY THESE RULES VIA THE UNITED STATES DISTRICT COURT PURSUANT TO RULE 60 (B) OF THE FEDERAL RULES OF CIVIL PROCEDURES.AS WELL AS IT IS NOT NECESSARY TO WASTE THE COURTS TIME BY FILING LITIGATION IN THIS MATTER THAT COULD BE DEALT WITH IN-HOUSE.IN SAYING,THAT, IN A LAYMAN OPINION YOU SHOULD NOT VIOLATE THE RULES OF PROFESSS-IONAL CONDUCT FOR ATTORNIES BY YOUR WILLINGNESS TO DELIBERATELY LIE TO ME BY STATING THE MORRIS RULES NO LONGER APPLY TO INMATE AND/OR INMATES WHEN FACING DISCIPLINARY ACTION.NOR FOR DUE PROCE-SS OF LAW.

IT IS IMPORTANT THAT I POINT OUT,TO YOURSELF,THAT,IN ALL ACTUALITY MORRIS V.TRAVISONO,499 F.SUPP.149 (1980) CONSENT JUDGMENT IS WOLFF V.MCDONNELL,418 U.S.539,94 S.CT.2963(1974) APPLIES TO PRISONERS' AT THE ACI AND TO DISCIPLINARY ACTIONS ECT.,THEN TO,BEFORE YOU INTENTIONALLY MISINTERPRET THE LAW TO DECEIVE MYSELF TO BELEIVE WHAT YOU ALLEGE IN YOUR LETTER TO MYSELF DATED 1/19/06 YOU SHOULD BE ADVISED THAT THE SUPREME COURT RULES OF PROFESSIONAL CONDUCT APPLIES TO YOU.AND,IF I MUST COMPLAIN ANY FURTHER I WILL FILE A COMPLAINT TO MR.DAVID CURTIN IN CHARGE OF DISCIPLINARY BOARD FOR YOUR CONDUCT.AS WELL AS TO THE RHODE ISLAND BAR ASSOCIATION RELATIVE TO YOUR UNETHIC-AL CONDUCT.THEREFORE,BEFORE CLOSING THIS LETTER IT WOULD BE VERY APPROPRIATE TO HAVE DIRECTOR WALL AT LEAST CONDUCT AN INVES-TIGATION OF THIS MATTER OF MYSELF BEING PLACED IN SEGREGATION FOR 180 DAYS AND THE LOSS OF GOOD TIME MORE THAN THE LAW ALLOWS ONE TO LOSE CON[illegible]STENT WITH MORR[illegible] V.TRAVISONO,SUPRA.,AND 42-
[illegible] -24 OFTHE R [illegible]

WHEREFORE,

I WILL CLOSE THIS COMMUNICATION TO YOURSELF AND HOPE TO RECEIVE A RESPONSE BACK FROM YOU AT YOUR EARLIEST CON-VENIENCE.THANK YOU IN ADVANCE FOR YOUR TIME AND COOPERATION IN THIS MATTER.

RESPECTFULLY SUBMITTED BY:

CC:HON.DONALD L.CARCIERI,GOVERNOR
222 STATE HOUSE
PROVIDENCE.RI.02903.

ANDREW HODGKIN,ESQ.,EXECUTIVE COUNSEL
FILE
STEVEN BROWN/DIRECTOR OF THE A.C.L.U.,

**SEE,EXHIBIT (A) AND (B) ATTACHED HERETO IN SUPPORT OF LEGAL ARGUMENT.**