UNITED STATE DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

GUY WILLIAMS
PETITIONER

v

C.A. No. 06-012 S

A.T. WALL, Director of
the Department of Corrections. et al.
RESPONDENT

**MOTION FOR EXTENTSION OF TIME**

NOW comes the abvoe-named petitioner Guy Williams, pro se, Respectfully request that this Honorable Court extend the time in which to file an objections to the Magistrate-Judge's Report and Recommendation, August 15, 2006. Which was received by said petitioner on August 21, 2006.

In support of this motion, the undersigned petitioner is acting pro-se, and will need an extentsion of time to respond with and objections to this Report and Recommendation, which will require a reasonable amount of time to address these issues adequately.

WHEREFORE, petitioner respectfully requests for an extentsion of time to file an objections be granted.

Sincerely submitted,

Guy Williams, pro se
Maximum Security
P.O. Box 8273
Cranston, RI 02920