UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUY WILLIAMS pro se )
)
)
)
v. )
)
A.T. WALL et, al. )

Number 06-012-S

**PLAINTIFFS WITHDRAWEL OF HIS MOTION FOR EXTENSION TIME.**

Now Comes, The plaintiff in the above captioned withdraws his Motion for Extension of time, and there-by protects his rights to appeal any future decision by this Honorable Court.

See; U.S. V. KEEFE 621 F2d. 17, 19n. 1

Respectfully;

Guy Williams (Pro Se)
Box 8273
Maxium Security
Cranston, R.I. 02920

**CERTIFICATE OF SERVICE**

On; September 4th. 2006 I sent a true attest copy to Attorney Kathleen Kelly by way of regular mail.

Signed:
witnessed: