# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

GUY WILLIAMS (petitioner) # 1:06-cv-00012-S-JH

v.

DIRECTOR A.T. WALL (respondant)

**Opposition Of The Magistrates**
**--------- Report.-------------**

**FACTS IN QUESTION**

The petitioner was placed in segregated confinement for testing positive on a urine (T.H.C.) on 9/22/05. **6 months later** the defendants acknowledged that they made an error.

**ISSUES IN OPPOSITION:**

The Magistrate has duplicated the defendants opposition, (acting on their behalf). He merely addresses the issues of bodily intrusion, the disparate treatment of minorities and search & seizure of inmates. THIS IN **NOT** THE CRUX OF THE PETITIONERS CASE. The above assertions about confinement in the segregation unit for an erroneous urine finding.