UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GUY WILLIAMS | ) | |
| v. | ) | C.A. No. 06-12S |
| A.T. WALL, Director of the Rhode Island Department of Corrections, et al. | ) | |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on August 15, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Objection to the Report and Recommendation is DENIED and Defendants' Motion to Dismiss is GRANTED.

By Order,

Karen Baldinelli

Deputy Clerk

ENTER:

WAmm

William E. Smith
United States District Judge

Date: 10|2|06

N:\WPDOCS\JUDGE SMITH\Orders\Order denying Objection to R&R.wpd